William J. Sandberg and George N. Sandberg, Trustees Under the Last Will and Testament of Nels John Sandberg, Deceased, Appellees, v. John Sandberg, Appellant, and Trust Company of Chicago, Conservator of Estate of Charles A. Sandberg, Insane, Appellee.

Gen. No. 40,795. (Abstract of Decision.)

Heard in third division, first district, this court at June term, 1939; opinion filed May 22, 1940; rehearing denied June 14, 1940. Maurice Sokoloff, for appellant; Yellen & Grant, of counsel; Gustav E. Beerly, for certain appellees; Joseph Foran, for certain other appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."